USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 6, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                    :            **20-mc-577 (ALC)**

In re: Application of Torgovy Dom      :

KAToil OOO                          :

                                      :              **ORDER**

------------------------------------------------------- x
-

**ANDREW L. CARTER, JR., United States District Judge:**

      Petitioner shall file a status report within one week of the date of this Order. The report

shall address whether the relief requested is still sought.

**SO ORDERED.**

**Dated:   October 6, 2022**
         **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**